# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>BETTY J HARRIS<br>442 GRANLIN PARK DR<br>BLACKLICK, OH  43004 | Case No:  05-56601<br><br>Judge:  CHARLES M. CALDWELL |

SSN(S):    XXX-XX-1095

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  January 25, 2010         /s/ Frank M. Pees
                                 Frank M. Pees
                                 Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| BETTY J HARRIS<br>442 GRANLIN PARK DR<br>BLACKLICK, OH  43004 | 0.83 |